FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 27 2016

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FABIAN D. WILLIAMS, ) | |
| ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| v. ) | 1:15-CV-4502-ODE |
| ) | |
| XERIOM, INC. and ) | |
| DONALD A. WASKIEWICZ ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER AND FINAL JUDGMENT

This matter having come before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice and Incorporated Memorandum of Law, and this Court, upon consideration of the submissions of the parties and all matters of record, including the Confidential Settlement Agreement and Full and Final Release of Claims, having found good cause why said motion should be granted,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the terms and provisions of the Confidential Settlement Agreement and Full and Final Release of Claims have been entered into in good faith and are hereby fully and finally approved as a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

1

Nothing in this Order and Final Judgment or any order entered in connection herewith shall preclude any action to enforce the terms of this Order and Final Judgment or the Confidential Settlement Agreement and Full and Final Release of Claims.

This action is hereby dismissed with prejudice, without fees or costs to any party except as specifically provided in the Confidential Settlement Agreement and Full and Final Release of Claims.

The Court expressly directs the entry of judgment and authorizes the Clerk of Court to enter this Order and Final Judgment as a final order.

IT IS SO ORDERED this 21 day of October, 2016.

```
                              _____
                              ORINDA D. EVANS
                              SENIOR JUDGE, UNITED STATES
                                   DISTRICT COURT
                              NORTHERN DISTRICT OF GEORGIA
```

Submitted and consented to by:

| | |
|---|---|
| /s/ K. Prabhaker Reddy | /s/ Matthew W. Clarke |
| (by Matthew W. Clarke with express permission) | Matthew W. Clarke |
| K. Prabhaker Reddy | Georgia Bar No. 127430 |
| Georgia Bar No. 597320 | |
| | Smith, Gambrell & Russell, LLP |
| 1325 Satellite Boulevard | 1230 Peachtree Street, NE |
| Suite 1506 | Suite 3100, Promenade |
| Suwanee, GA 30024 | Atlanta, GA 30309-3592 |
| Telephone: 678-629-3246 | Telephone: 404-815-3748 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |